# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

138223 & (12)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JAMES CURTIS BEACHUM, II, and
BEACHUM BROKERS, L.L.C.,
        Plaintiffs-Appellants,

v

DEPARTMENT OF LABOR & ECONOMIC
GROWTH and BOARD OF REAL ESTATE
BROKERS AND SALESPERSONS,
        Defendants-Appellees.

SC: 138223
COA: 287222
Ingham CC: 07-001421-AA

_____/

        On order of the Court, the motion to file an amended application is GRANTED. The application for leave to appeal the December 30, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

0420

                       Clerk